FILED
JUL 1 4 2006   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 06 CR 0515 |
| v. | ) | |
| | ) | Michael T. Mason |
| ESMAIIL GHAREKHANI, | ) | United States Magistrate Judge |
| and NOSRATOLLAH TAJIK, aka | ) | |
| "Nasret Allah Tajek" | ) | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendants and result in their flight. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the execution of the Arrest Warrants.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
DANIEL RUBINSTEIN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 469-6151