UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUL 1 4 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v. )<br>  )<br>ESMAIIL GHAREKHANI, )<br>and NOSRATOLLAH TAJIK, aka )<br>"Nasret Allah Tajek" )<br>  ) | 06 CR 0515<br><br>Michael T. Mason<br>United States Magistrate Judge<br><br>**UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrants, all dated July 14, 2006, are hereby SEALED until the execution of the Arrest Warrants.

ENTER:

*[signature]*

Michael T. Mason
United States Magistrate Judge

Dated: July 14, 2006