UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 1 0 2006
August 10, 2006
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>)<br>ESMAIIL GHAREKHANI,             )<br>and NOSRATOLLAH TAJIK, aka  )<br>"Nasret Allah Tajek"                  )<br>)<br>) | No.  06CR515<br><br>Michael T. Mason<br>United States Magistrate Judge<br><br>**UNDER SEAL** |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT
### WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves that this Court dismiss, without prejudice, the unexecuted criminal Complaint in this matter. The government further requests that the Court quash the corresponding arrest warrant but keep this matter under seal until further order of the Court. The government further requests that this Court seal this motion and the corresponding order.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
DANIEL RUBINSTEIN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 469-6151