Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06CR515 | DATE | 8/10/2006 |
| CASE TITLE | United States of America vs. Esmaiil Gharekhani, et al | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby Ordered that the Criminal Complaint in this matter is dismissed without prejudice and the previously issued arrest warrant corresponding to the complaint is quashed. The matter will remain under seal until further order of this Court.

Docketing to Mail Notices

| | Courtroom Deputy Initials: | TP |
|---|---|---|