UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)<br>ESMAIIL GHAREKHANI,           )<br>and NOSRATOLLAH TAJIK, aka )<br>"Nasret Allah Tajek"               )<br>)  | No.   06CR515<br><br>Michael T. Mason<br>United States Magistrate Judge<br><br>**UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint in this matter is dismissed without prejudice and the previously issued arrest warrant corresponding to the complaint is quashed. The matter will remain under seal until further order of this Court.

ENTER:

_[signature]_
Michael T. Mason
United States Magistrate Judge

Dated: August 10, 06