# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 515 | **DATE** | 3/18/2008 |
| **CASE TITLE** | United States vs. Esmail Gharekhani and Nosratollah Tajik | | |

**DOCKET ENTRY TEXT**

Pursuant to the 8/30/06 Amended Criminal Complaint, the Clerk of Court is directed to reopen this case effective as of 8/30/06.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|