**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 3 0 2006
August 30, 2006
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   06 CR 515 |
| v. | ) | |
| | ) | Michael T. Mason |
| ESMAIIL GHAREKHANI, | ) | United States Magistrate Judge |
| and NOSRATOLLAH TAJIK, aka | ) | |
| "Nasret Allah Tajek" | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrants in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrants in this matter, before the Arrest Warrants can be executed, could alert the defendants and result in their flight. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until the execution of the Arrest Warrants.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
DANIEL RUBINSTEIN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 469-6151