# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 515 | **DATE** | 8/30/2006 |
| **CASE TITLE** | United States vs. Esmail Gharekhani and Nosratollah Tajik | | |

**DOCKET ENTRY TEXT**

Government's motion to seal complaint, affidavit, arrest warrant is granted. Enter Order.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | KF |
|---|---|---|