UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    06 CR 515 |
| v. | ) | |
| | ) | Michael T. Mason |
| ESMAIIL GHAREKHANI, | ) | United States Magistrate Judge |
| and NOSRATOLLAH TAJIK, aka | ) | |
| "Nasret Allah Tajek" | ) | **UNDER SEAL** |
| | ) | |

O R D E R

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrants, all

dated August 30, 2006, are hereby SEALED until the execution of the Arrest Warrants or further

order of this Court.

ENTER:


Michael T. Mason
United States Magistrate Judge


Dated: _Aug. 30, 2006_